**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| DAN BOGER on behalf of himself and others similarly situated, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Case No. 8:17-cv-00965-PX |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DARCARS AUTOMOTIVE GROUP and ELEAD1ONE | : | |
| | : | |
| | : | |
| Defendants. | : | |
| _____ / | | |

## NOTICE OF DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff Dan Boger through his attorney and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), who hereby files notice of dismissal with prejudice of Plaintiff's individual claims and without prejudice of the putative classes. Each Party shall bear their own respective costs and attorneys' fees.

By:    Respectfully submitted,

---

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
(617) 738-7080
anthony@broderick-law.com

*Attorney for Plaintiff*

---

Dated:    May 30, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2017, I filed the foregoing through this Court's CM/ECF

System, which sent a copy electronically to all counsel of record.


*/s/ Anthony I. Paronich*